IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PRESTON CATCHINGS,** ) | |
| Plaintiff ) | |
| ) | **C.A. No. 04-353 Erie** |
| vs. ) | **District Judge McLaughlin** |
| ) | **Magistrate Judge Baxter** |
| **LT. STATES, et al.,** ) | |
| Defendants. ) | |

## O R D E R

    Defendants filed a motion for summary judgment on May 24, 2005, arguing that this case should be dismissed due to Plaintiff's failure to exhaust in accordance with the Prison Litigation Reform Act. Document # 12. In his Opposition Brief, Plaintiff argues that he was not able to exhaust his administrative remedies because he was transferred to another institution on March 14, 2005. Document # 13.

    Therefore, and in light of Brown v. Croak, 312 F.3d 109 (3d Cir. 2002),

    IT IS HEREBY ORDERED that Defendants file a Reply Brief addressing Plaintiff's Opposition Brief before September 26, 2005. No extensions of time will be granted.


                                        S/ Susan Paradise Baxter
                                        SUSAN PARADISE BAXTER
                                        CHIEF UNITED STATES MAGISTRATE JUDGE

Dated: September 12, 2005